PROB 12C
(6/16)

Report Date: May 10, 2022

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Rashjel G. Cage | Case Number: 0980 2:14CR00021-RMP-30 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: July 7, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Oxycodone Hydrochloride, 21 U.S.C. §§ 841 and 846 | |
| Original Sentence: | Prison - 63 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: October 12, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 11, 2023 |

### PETITIONING THE COURT

To issue a summons.

On October 11, 2018, the conditions of supervision were reviewed with Mr. Cage. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: It is alleged that Mr. Cage is in violation of his conditions of supervision by failing to attend his substance abuse treatment assessment as directed on May 3, 2022.<br><br>Due to Mr. Cage's recent positive test for cocaine and marijuana on or around March 31, 2022, he was directed to complete a drug and alcohol assessment at Pioneer Human Services. The undersigned officer was informed that Mr. Cage failed to appear for his assessment at PHS on May 3, 2022. PHS staff advised they made several attempts to contact Mr. Cage without success. |

Prob12C
Re: Cage, Rashjel G.
May 10, 2022
Page 2

2   **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Cage is in violation of his conditions of supervision by using marijuana on or around April 14, 2022.

On April 14, 2022, Mr. Cage submitted to a urinalysis test, which tested positive for marijuana and was also confirmed to be positive by Alere Toxicology. He did admit to the use of marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 10, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/10/2022
Date